Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
mrbb@bourdettelaw.com

Attorneys for Plaintiffs Esther and Emilio Carranza

DENIED

*James Ware*

Judge James Ware

3/21/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| ESTHER CARRANZA, EMILIO CARRANZA | ] Case No. 5:04-CV-04161-JW |
| | ] |
| Plaintiff, | ] STIPULATION TO CONTINUE DATES FOR FILING CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE, DECLARATION OF PHILIP C. BOURDETTE IN SUPPORT OF STIPULATION AND {PROPOSED} ORDER |
| v. | ] |
| WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC (An indirect wholly-owned subsidiary of Pfizer Inc.) | ] |
| | ] Date: April 4, 2011 |
| Defendants. | ] Time: 10:00 AM |
| | ] Courtroom 8 – Judge James Ware |

IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

     1.     The date for Filing a Case Management Statement is continued from March 25, 2011 to June 10, 2011.

2.      The date for the Case Management Conference is continued from April 4, 2011 to June 20, 2011.

Respectfully submitted,

DATED: March 16, 2011                    BOURDETTE AND PARTNERS


By    /s/ Philip C. Bourdette
      Philip C. Bourdette
      Attorneys for Plaintiff


DATED: March 16, 2011                    KAYE SCHOLER LLP


By:  /s/ Wendy S. Dowse
      Wendy S. Dowse
      Attorneys for Defendants

## SUPPORTING DECLARATION OF PHILIP C. BOURDETTE

I, Philip C. Bourdette, declare that:

1.      I am a resident of the State of California and licensed to practice in all the Courts of California and admitted in the United States District Court Northern District of California.  I am an attorney of  record for Plaintiffs  If called as a witness I  could and would testify truthfully as to the facts set forth below:

2.      Bourdette & Partners has associated in Simona Farrise, The Farrise Law Firm, as lead trial counsel in all three cases currently pending in the San Jose Division of the Northern District of California, fifteen cases currently pending in the Fresno Division of the Eastern

Stipulation to Continue Filing CMS and CMC & Proposed Order

District of California and five others still pending in the Multi District Litigation Court in Little Rock, Arkansas.  Before Ms. Farrise can make an appearance, pursuant to State Bar regulations our clients have to sign addenda to our retainer agreement authorizing this association and setting forth the division of fees.  The calendars set by the courts will impact Ms. Farrise's calendar so she needs to be part of the process to set all dates in the Case Management Statements and the Case Management Conferences in San Jose and/or Scheduling Conferences in Fresno.

     3.     Bourdette & Partners has a priority trial (Elder Abuse) set for May 9, 2011 in Tulare County Superior Court.  The Discovery deadline is April 8, 2011 and is proceeding at a feverish pace.  The trial is expected to take approximately eight court days.  Since I am doing most of the pretrial work, I lack time to do anything else, including meet and confer and prepare a Joint Case Management Statement.

     4.  It is for these reasons that we proposed and defendants agreed to the continuance requested above.

     I declare under penalty of perjury and under the laws of the State of California that the foregoing is true.  Executed this 17th day of March, 2011.

                           /s/  Philip C. Bourdette_____
                           Philip C. Bourdette

**IT IS SO ORDERED:**
The parties' Stipulation to continue the Conference for these related cases for nearly sixty days is DENIED because the parties have not articulated good cause sufficient to justify such an an extended continuance.

**Dated:** ___March 21, 2011___

                         _____
                         Honorable James Ware, Chief Judge
                         United States District Court
                         Northern District of California

Stipulation to Continue Filing CMS and CMC & Proposed Order