**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Esther Carranza, et al., / | NO. C 04-04161 JW <br> NO. C 10-05924 JW <br> NO. C 10-05928 JW |
| Alice Fernandez, et al., / | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Mary Orozco, et al., | |
| Plaintiffs, | |
| v. | |
| Wyeth LLC, et al., | |
| Defendants. / | |

On April 4, 2011, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court ORDERS as follows:

(1) On **June 20, 2011 at 10 a.m.**, the Court will conduct a further Case Management Conference, subject to the cases not being reassigned to another judge. On or before **June 10, 2011**, the parties shall file a Joint Case Management Statement. The Statement shall include the parties' proposal with respect to whether these actions should be consolidated and a timeline for the filing of the Consolidated Amendment Complaint.

(2) The parties may commence discovery, pursuant to the parties' agreements. All discovery disputes are referred to the assigned Magistrate Judge for adjudication.

Dated: April 4, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fletcher C. Alford falford@gordonrees.com
Pamela Joan Yates pyates@kayescholer.com
Philip C. Bourdette pcbb@bourdettelaw.com
Stuart M. Gordon sgordon@gordonrees.com
Terence Paul Woodsome terence.woodsome@kayescholer.com

**Dated: April 4, 2011**                               **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**