IT IS SO ORDERED

Judge Edward J. Davila

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Esther Carranza, et al.,<br>Alice Fernandez, et al.,<br>Mary Orozco, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>Wyeth LLC, et al.,<br><br>        Defendants. | No. 5:04-CV-04161-EJD<br>No. 5:10-CV-05924-EJD<br>No. 5:10-CV-05928-EJD<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE <u>OF JUNE 22, 2011</u>** |

On June 22, 2011 at 10:00 a.m. a Case Management Conference was held in Courtroom 1 of the above referenced Court, the Honorable Edward J. Davila, presiding. Miriam Bourdette, Philip C. Bourdette and Jennifer Johnson appeared on behalf of all plaintiffs, and Wendy Dowse appeared on behalf of all defendants. After discussion with counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The following Discovery, Motion & Pretrial Deadlines are set as to all three cases:

1. Fact Discovery Cut-off: **March 22, 2012.**
2. Mutual Disclosure Initial Experts and Reports: **April 19, 2012.**
3. Mutual Disclosure Rebuttal Experts and Reports: **May 24, 2012.**
4. Expert Discovery Cut-off: **August 10, 2012.**
5. Deadline to file Daubert Motions and Dispositive Motions: **August 31, 2012.**
6. Hearing on Anticipated Daubert Motion and Dispositive Motions: **September 21, 2012 at 9:00 AM.**
7. Anticipated Deadline to file a Defendants' Motion to Bifurcate and Plaintiffs' Motion to Consolidate: **March 22, 2012.**
8. Hearing on Anticipated Defendants' Motion to Bifurcate and Plaintiffs' Motion to Consolidate: **April 20, 2012 at 9:00 AM.**

9. Interim Case Management Conference: **May 4, 2012 at 10:00 AM.**
   a) The parties are to file an Interim Case Management Conference Statement on or before **April 27, 2012.**

The following dates are set in Fernandez v Wyeth, et al C10-005924-EJD and Orozco, et al v. Wyeth LLC, et al: C-10-005928-EJD

**1.** Preliminary Pretrial Conference set for **April 20, 2012 at 11:00 AM.**
   a) The parties shall file a Joint Pretrial Conference Statement on or before **April 13, 2012.**

The following dates are set relative to the trial of Carranza et al v Wyeth, Inc. et al C-04-04161 EJD

Final Pretrial Conference set for **October 26, 2012 at 11:00 AM.**
   a) The parties shall file a Joint Pretrial Conference Statement on or before **October 19, 2012.**
1. Jury Selection set for **November 5, 2012 at 9:00 AM - 12:00 PM.**
2. Jury Trial set for the following dates:
   **November 6, 2012 through November 7, 2012** at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM.
   **November 8, 2012** at 9:00 AM – 12:00 PM.
   **November 13, 2012 – November 14, 2012** at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM.
   **November 15, 2012 at 9:00 AM – 12:00 PM.**
   **November 19, 2012 at 9:00 AM – 12:00 PM.**
   **November 20, 2012 through November 21, 2012** at 9:00 AM – 12:00 PM, 1:30 PM – 4:30PM.
   **November 26, 2012** at 9:00 AM – 12:00 PM**.**
   **November 27, 2012 through November 28, 2012** at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM.
   **November 29, 2012** at 9:00 AM – 12:00 PM.
   **December 3, 2012** at 9:00 AM – 12:00 PM.
   **December 4, 2012 through December 5, 2012** at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM.

**December 6, 2012** at 9:00 AM – 12:00 PM.

3. Jury Deliberations set for **December 10, 2012 through December 13, 2012.**

DATED: July 6, 2011

By: Honorable Edward J. Davila
United States District Court
Northern District of California