Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224 )
Email address: wdowse@kayescholer.com
Julie Belezzuoli (State Bar No. 267302)
Email address: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ESTHER CARRANZA, et al | Case No. 5:04-cv-04161- EJD |
| Alice Fernandez, et al. | Case No. 5:10-cv-05924-EJD |
| Mary Orozco, et al. | Case No. 5:10-cv-05928-EJD |
| Plaintiffs<br>v.<br>WYETH, et al.<br>Defendants. | [PROPOSED] ORDER VACATING TRIAL AND PRE-TRIAL DEADLINES |

**IT IS HEREBY ORDERED that**:

1. All trial and pre-trial deadlines in the above actions are vacated;

2. The Parties shall file a joint status report within 60 days informing the Court as to the status of the resolution of these cases, or in the alternative file a joint motion to dismiss within 60 days.

DATED: April __27__, 2012

_____
Hon. Edward J. Davila
United States District Judge
Northern District of California

[PROPOSED] ORDER VACATING TRIAL AND PRE-TRIAL DEADLINES